IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD HEIMBACH, : CIVIL ACTION
Petitioner, :
:
v. :
:
RAYMOND LAWLER, et al., : NO. 09-3340
Respondents. :

ORDER

BERLE M. SCHILLER, J.

AND NOW, this 11th day of JAN 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and objections thereto, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

FILED JAN 12 2010

ENTERED
JAN 12 2010
CLERK OF COURT